FILED

06/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0138

IN THE MATTER OF:

J.J.S.,

Respondent and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 2, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 7 2021